**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada  89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
E-Mail: lani@thaterlawgroup.com
Attorney for Plaintiff,
SHAWN HARRINGTON

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEVADA

| | |
|---|---|
| SHAWN HARRINGTON, an individual; ) | Case No. 2:16-cv-1502 |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| NATIONAL SECURITY TECHNOLOGIES, LLC,) | |
| DOES 1 through 10 inclusive; ROES ) | |
| CORPORATIONS/ENTITIES 1 through 10 ) | |
| inclusive, ) | |
| Defendant, ) | |
| _____ ) | |

### NOTICE OF VOLUNATRY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SHAWN HARRINGTON, by and through his counsel of record, hereby gives notice of his voluntary dismissal of the above-captioned action with prejudice.  Plaintiff notes that no answer or motion for summary judgment has been filed by the Defendant.  Each party to bear its own costs and attorneys' fees.

DATED this 29th day of September, 2016.

Respectfully Submitted,
**THE THATER LAW GROUP, P.C.**
BY/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada  89108
Tel: (702) 736-5297
Fax: (702) 736-5299
Attorney for Plaintiff,
SHAWN HARRINGTON